**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BILLY HATHORN, JR.**                                                **PLAINTIFF(S)**

**VERSUS**                                            **CIVIL ACTION NO. 2:16-CV-90-KS**
                                                                          **CRIMINAL NO. 2:09-CR-17-KS-MTP**

**UNITED STATES OF AMERICA**                                    **DEFENDANT(S)**

<u>CERTIFICATE OF APPEALABILITY</u>

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

<u>Part A</u>
___ A certificate of appealability should issue. (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

<u>Part B</u>
(for non-CJA pauper cases only)

___ The party appealing is a pauper.

___ The party appealing is not a pauper. (See reasons below.)

REASONS:
        This Court finds that the Petitioner has failed to make a substantial showing of violation of a Constitutional or statutory right.

Date: _1/31/2017_                                         _s/Keith Starrett_
                                                           UNITED STATES DISTRICT JUDGE